UNITED STATES of America,
Plaintiff–Appellee,

v.

Mark Stephen THOMPSON,
Defendant–Appellant.

No. 04–51009.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided May 23, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Russell David Hunt, Jr., Austin, TX, for Defendant–Appellant.

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM: *

Mark Stephen Thompson appeals from the 18–month sentence imposed following the revocation of his supervised release. Thompson contends that the sentence was "plainly unreasonable" because he committed only technical violations of supervised release and because the district court failed to provide reasons for its sentence.

"In the absence of its being raised by a party, this court is obliged to raise the subject of mootness sua sponte." *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir.1987). Inmate records from the Federal Bureau of Prisons reflect that Thompson was released from federal custody on October 28, 2005, and he was not ordered to serve another term of supervised release. Accordingly, this court cannot provide Thompson with relief, and his APPEAL IS DISMISSED AS MOOT. *See Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477, 110 S.Ct. 1249, 108 L.Ed.2d 400 (1990).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.